

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00105-CR

Alphonso A. **MCCLOUD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6735B
The Honorable Joey Contreras, Judge Presiding

# O R D E R

The docketing statement was due upon perfecting appeal, but appellant has not filed the docketing statement. *See* Tex. R. App. P. 32.2. We order counsel for the appellant, Kenneth E. Baker, to file the docketing statement by **April 9, 2018.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court